```
53usuttp cad
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------x

3  UNITED STATES OF AMERICA

4
            v.                                04 Cr. 1211(CM)
5
                                                   Plea
6
   SAMUEL SUTTON, a/k/a "Sammel Sutton,"
7
            Defendant.
8
   ------------------------------------x

9
                                              White Plains, N.Y.
10                                            March 30, 2005
                                              10:20 a.m.
11

12 Before:

13                 THE HONORABLE MARK D. FOX,

14                                      Magistrate Judge

15

16

17
                         APPEARANCES
18

19 DAVID N. KELLEY
        United States Attorney for the
20      Southern District of New York
   JESSE M. FURMAN
21      Assistant United States Attorney

22

23 THEODORE GREEN
        Attorney for Defendant
24

25

U.S. DISTRICT COURT FILED APR 27 2005 S.D. W.P. OF N.Y.

USDSNY DOCUMENT ELECTRONICALLY FILED DOC #:

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                (914)390-4103